UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1991

FIRST BAPTIST CHURCH OF GLENARDEN,

Plaintiff – Appellee,

v.

NEW MARKET METALCRAFT, INCORPORATED, a Virginia corporation,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:10-cv-00543-AW)

Submitted: July 28, 2011                Decided: August 10, 2011

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael J. Melkersen, THE LAW OFFICES OF MICHAEL J. MELKERSEN, New Market, Virginia, for Appellant. Susan M. Euteneuer, DUANE MORRIS, LLP, Baltimore, Maryland; Daniel E. Toomey, DUANE MORRIS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

New Market Metalcraft, Inc., appeals the district court's order granting First Baptist Church of Glenarden's motion to confirm an arbitration award. We have reviewed the record included on appeal, as well as the briefs filed by the parties, and find no error in the district court's ruling. Accordingly, we affirm for the reasons stated by the district court. First Baptist Church of Glenarden v. New Market Metalcraft, Inc., No. 8:10-cv-00543-AW (D. Md. July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED